# Third District Court of Appeal

## State of Florida

Opinion filed June 3, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-391
Lower Tribunal No. 10-45841
_____

**Turnberry, Ltd., et al.,**
Appellant,

vs.

**Bruce Weiner, et al.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, John W. Thornton, Judge.

Podhurst Orseck and Stephen F. Rosenthal; Colson Hicks Eidson and Roberto Martinez and Curtis B. Miner, for appellants.

Holland & Knight and Rodolfo Sorondo, Jr., and Ilene L. Pabian; Kenny Nachwalter, and Richard H. Critchlow, Jeffrey T. Foreman and Michael A. Ponzoli; Damian & Valori, and Melanie E. Damian, Mary Claire Espenkotter and David M. Carnright; Richman Greer, and Alan G. Greer and Joshua L. Spoont, for appellees.

Bryan Cave and Craig S. O'Dear, Terence J. Thum, Staci Olvera Schorgl and Timothy J. Davis (Kansas City, MO), as pro hac vice for 9701 Collins Avenue, LLC and Starwood Vacation Ownership, Inc., appellees.

Before SHEPHERD, C.J., and WELLS and SALTER, JJ.

PER CURIAM.

Turnberry, Ltd., Turnberry Residential Developers, L.P., and 1881 Rosslyn Associates, LLC, appeal a final summary judgment dismissing their claims of breach of fiduciary duties and usurpation of business opportunity by former officers. After careful consideration of the briefs, the record, and oral argument, we agree with the thorough and well-reasoned opinion of the able trial judge, and accordingly, affirm the judgment entered below.

Affirmed.